REED E. SCHAPER (SBN 082792)
KRISTEN L. WILLIAMS (SBN 232644)
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA 94111
(415) 835-9000
(415) 834-0443
rschaper@cdhklaw.com
kwilliams@cdhklaw.com

Attorneys for Defendant
ROTO-ROOTER SERVICES COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. RANDALL,<br><br>             Plaintiff,<br><br>vs.<br><br>ROTO-ROOTER SERVICES COMPANY, and DOES 1 to 20,<br><br>             Defendant. | Case No.<br><br>**CERTIFICATE OF PROOF OF SERVICE OF NOTICE OF FILING OF NOTICE OF REMOVAL**<br><br>**Complaint Filed:** November 14, 2007 |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I, the undersigned, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 727 Sansome Street, San Francisco, California 94111. On January 18, 2008, I served the following document by the method indicated below:

1. NOTICE OF REMOVAL
2. NOTICE OF FILING NOTICE OF REMOVAL
3. SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAMS ALSUP
4. WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO
5. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
6. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

[X] by placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited in the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] Messenger Service by placing the document(s) listed above in a sealed envelope(s) and by causing **messenger delivery** of the envelope(s) to the person(s) at the address(es) set forth below. I am readily familiar with the business practice of my place of employment with respect to the collection and processing of correspondence, pleadings and notices for hand delivery. On January 18, 2008, I caused to be served via messenger the above-listed documents.

[X] **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Michael E. Adams
Law Offices of Michael E. Adams
702 Marshall Street, Suite 300
Redwood City, CA 94063
Tel: (650) 599-9463
Fax: (650) 599-9785

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 18, 2008, at San Francisco, California.

*/s/ Angelique Pierre*
Angelique Pierre

2

CERTIFICATE OF PROOF OF SERVICE OF NOTICE FILING OF NOTICE OF REMOVAL