UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 1, 2008

Case No.  C 08-00354 WHA

Title: DAVID RANDALL v. ROTO-ROOTER SERVICES CO

Plaintiff Attorneys: Mike Adams

Defense Attorneys: Christine Williams

Deputy Clerk:  Dawn Toland

Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 5/9/08

Discovery Cutoff: 12/12/08

Designation of Experts: 12/12/08

Last Day to File Motion: 1/29/09

Continued to _ for Further Case Management Conference

Continued to  4/6/09 at 2:00 pm  for Pretrial Conference

Continued to  4/20/09 at 7:30 am  for Trial

**ORDERED AFTER HEARING:**

Parties agree to select a mediator by 6/27/08 and complete private mediation by 9/30/08.