CURIALE
DELLAVERSON
HIRSCHFELD
& KRAEMER
LLP

SAN FRANCISCO

727 SANSOME STREET
SAN FRANCISCO
CALIFORNIA
94111
TELEPHONE
(415) 835-9000
FAX
(415) 834-0443

LOS ANGELES

THE WATER GARDEN
2425 OLYMPIC BOULEVARD
SUITE 550 EAST TOWER
SANTA MONICA
CALIFORNIA
90404
TELEPHONE
(310) 255-0705
FAX
(310) 255-0986

RENO

5450 LONGLEY LANE
RENO
NEVADA
89511
TELEPHONE
(775) 826-7100
FAX
(775) 827-9256

E-MAIL
info@cdhklaw.com
WEB SITE
www.cdhklaw.com

May 19, 2008

KRISTEN L. WILLIAMS
Direct Dial: (415) 835-9051
kwilliams@cdhklaw.com

Honorable Judge William Alsup
United States District Court –
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

   Re:   **David E. Randall v. Roto-Rooter Services Company**
         **U.S. District Court Case No. CV 08 0354 WHA**

Dear Judge Alsup:

   At the suggestion of the Court's clerk, we are submitting this letter as an initial step to raise a specific concern over the Case Management Order the Court issued on May 1, 2008 in the above referenced case.  Pursuant to that Order, this matter is set for a Jury Trial on April 20, 2009.  Defendant has no objection to the date of the trial, but does object to its designation as a Jury Trial.

   As stated in our Joint Case Management Statement filed with this Court on April 24, 2008, Defendant has not requested a jury trial and asserts that under FRCP 81(c), Plaintiff has waived his right to a jury trial.  This matter was removed from state court and Plaintiff's last day to request a jury trial under FRCP 39 was February 4, 2008.  Plaintiff made no such request, as the case file will confirm.  Defendant, therefore, requests that the Order be revised to eliminate the direction of a Jury Trial and that this matter instead be set for a Bench Trial on April 20, 2009.

   If this proposed correction of the Court's order requires additional steps, we would appreciate receiving that response from your chambers.  We appreciate your consideration.

                                                    Very truly yours,

                                                    *Kristen L. Williams*
                                                    Kristen L. Williams

KLW/ap
Enclosure

cc:    Michael E. Adams (Via E-File)

4852-0728-0130