1  REED E. SCHAPER (SBN 082792)
   KRISTEN L. WILLIAMS (SBN 232644)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  727 Sansome Street
   San Francisco, CA  94111
4  (415) 835-9000
   (415) 834-0443
5  rschaper@cdhklaw.com
   kwilliams@cdhklaw.com
6
   Attorneys for Defendant
7  ROTO-ROOTER SERVICES COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID E. RANDALL,                    | Case No.  CV-08-0354
12 |          Plaintiff,                  | **STIPULATION SELECTING MEDIATOR**
13 | vs.                                  |
14 | ROTO-ROOTER
   | SERVICES,COMPANY,  and DOES 1-
15 | 20 inclusive,
16 |          Defendant.

17
         **THE PARTIES HEREBY STIPULATE** to use Rebecca Westerfield and will complete
18
   mediation prior to the September 30, 2008 date set forth by the Court.
19
20                                        LAW OFFICES OF MICHAEL E. ADAMS

21
   DATED: June ___, 2008          By:_____
22                                       Michael E. Adams
                                         Attorneys for Plaintiff
23                                       DAVID E. RANDALL

24  / / /

25  / / /

26  / / /

27  / / /

28

STIPULATION SELECTING MEDIATOR; CASE NO.:  CV-08-0354                    4834-3978-5986

CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER LLP

DATED:  June 27, 2008                    By:_____/s/_____
                                                Reed S. Schaper
                                                Kristen L. Williams

                                         Attorneys for Defendant
                                         ROTO-ROOTER SERVICES COMPANY

**IT IS SO ORDERED.**

Dated: _____, 2008

                                         _____
                                         **HONORABLE JUDGE WILLIAM ALSUP**

                                         **UNITED STATES DISTRICT COURT
                                         NORTHERN DISTRICT OF CALIFORNIA**