IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID E. RANDALL,

    Plaintiff,

  v.

ROTO-ROOTER SERVICES COMPANY, and DOES 1–20, inclusive,

    Defendants.
_____/

No. C 08-00354 WHA

**ORDER RE REQUEST TO EXTEND DISCOVERY DEADLINE**

    The Court is in receipt of the parties' stipulation and order for extension of the discovery deadline. Good cause has not been shown to alter the existing case deadlines. The request to extend the discovery deadline is therefore **DENIED**, without prejudice. If the parties wish to arrange for depositions and other discovery to proceed beyond the cutoff date by mutual agreement, without Court enforcement or involvement, the parties may do so. All case deadlines, however, remain as set in the first amended case management scheduling order.

    **IT IS SO ORDERED.**

Dated: December 1, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28