**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   DAVID E. RANDALL,                              No. C 08-00354 WHA

11          Plaintiff,

12     v.                                           **ORDER REGARDING TRIAL**

13   ROTO-ROOTER SERVICES COMPANY,
     and DOES 1–20, inclusive,
14

15          Defendants.
                                              /
16

17          Pursuant to the stipulation dated November 25, 2008, the Court will hold a bench trial

18   probably in the afternoons commencing on or about April 20, 2009.  The Court appreciates the

19   cooperation of counsel.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  December 4, 2008.

                                              WILLIAM ALSUP
24                                            UNITED STATES DISTRICT JUDGE

25

26

27

28