**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID E. RANDALL,

    Plaintiff,

  v.

ROTO-ROOTER SERVICES COMPANY,

    Defendant.
                                     /

No. C 08-00354 WHA

**ORDER RE NOTICE OF SETTLEMENT**

      The Court is in receipt of the parties' notice of settlement. Nonetheless, the parties are **REQUIRED** to attend the final pretrial conference on **APRIL 6, 2009, AT 2:00 P.M.**

      **IT IS SO ORDERED.**

Dated: April 5, 2009.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE